# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD LEAVELL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79923

FILED

NOV 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This emergency petition for a writ of mandamus or prohibition challenges a district court order denying a pretrial petition for a writ of habeas corpus. Petitioner asserts that the second degree murder charge is preempted by Nevada's uniform traffic laws and thus must be dismissed. The State has filed an answer, as directed, and petitioner has filed a reply.

Mandamus is properly requested to compel the district court to perform a legally required act or to correct a manifest abuse or arbitrary or capricious exercise of discretion. NRS 34.160; *State v. Eighth Judicial Dist. Court (Armstrong)*, 127 Nev. 927, 931, 267 P.3d 777, 779 (2011). Its counterpart, prohibition, may issue to curb jurisdictional excesses. NRS 34.320. Neither writ will issue when a plain, speedy, and adequate legal remedy is available, and whether a petition seeking such extraordinary relief will be considered by this court is purely discretionary and subject to

19-48565

considerations of sound judicial economy and administration. *Armstrong*, 127 Nev. at 931, 267 P.3d at 779-80.

This writ petition raises significant questions of statutory interpretation, worthy of meaningful review. Petitioner's trial is scheduled to begin soon, and petitioner has not sought a stay; indeed, according to the petition, petitioner has been in custody for a substantial period of time and understandably does not desire to further delay trial. Given these circumstances, we conclude that this court has insufficient time to meaningfully review and address the important issues raised by petitioner within the timeframe requested and that judicial economy is better served by allowing the trial to proceed. Moreover, if convicted on the murder charge, petitioner may raise these issues on appeal. Accordingly, we decline to exercise our discretion to intervene by way of extraordinary writ relief, and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                         Silver


cc:     Hon. Douglas W. Herndon, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A